# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 10, 2018

### NO. 03-18-00339-CV

**Cairo DeAngelis, Appellant**

**v.**

**The Arts at Turtle Creek, LLC, Appellee**

### APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
### DISMISSED FOR WANT OF PROSECUTION—OPINION BY JUSTICE TOTH

This is an appeal from the final judgment signed by the trial court on May 3, 2018. Having reviewed the record, the Court holds that Cairo DeAngelis has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.